IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SELVIN DAGOBERTO FLORES BERRIOS, §§§§§ *Petitioner*, § § v. § § WARDEN IAH SECURE ADULT § DETENTION FACILITY, KRISTI § NOEM, MARCOS CHARLES, HON. § PAM BONDI, § § *Respondents*. § | CIVIL ACTION NO.  9:25-CV-00302-MJT |

## SHOW CAUSE ORDER

This cause has been referred to this United States magistrate judge pursuant to 28 U.S.C. § 636.  The undersigned has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241.  It is therefore

ORDERED that the Clerk of Court shall issue process electronically and the Respondents shall respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 by November 21, 2025, and show cause why relief prayed for should not be granted..

**SIGNED this the 14th day of November, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE